**Form 724**[ODSM 45 Day−12/05]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:

    Harold Vernon Boyd and Pamela Vigil Boyd

        Debtor(s).

Case No. 10−29537 RKM
Chapter 13

## ORDER OF DISMISSAL

Pursuant to 11 U.S.C. 521(i), it is hereby ORDERED that the above−named case has been DISMISSED for failure to comply with 11 U.S.C. 521(a)(1).

Dated and Entered on: September 29, 2010

*R. Kimball Mosier*

United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: djf                    Page 1 of 1                   Date Rcvd: Sep 29, 2010
Case: 10-29537                 Form ID: f724                Total Noticed: 9

The following entities were noticed by first class mail on Oct 01, 2010.
db/jdb        +Harold Vernon Boyd,    Pamela Vigil Boyd,    2210 Pointe Meadow Loop,    Lehi, UT 84043-4957
aty           +Robert S. Payne,    Lincoln Law,    921 West Center Street,    Orem, UT 84057-5203
7142779       +Express Recovery Services,    PO Box 26415,    Salt Lake City, UT 84126-0415
7142780       +Express Recovery Svcs,    2790 S Decker Lake Dr,    Salt Lake City, UT 84119-2057
7142783       +Gayle Layton,    6611 Interlochen Lane,    West Jordan, UT 84084-5007
7202327       +Premier Bankcard/Charter,    P.O. Box 2208,    Vacaville, CA 95696-8208
7142784        Us Bank Home Mortgage,    Attn: Bankruptcy Dept,    Po Box 5229,    Cincinnati, OH 42304

The following entities were noticed by electronic transmission on Sep 30, 2010.
tr            +E-mail/Text: elarsen@ch13kra.com                             Kevin R. Anderson tr,
               405 South Main Street,    Suite 600,    Salt Lake City, UT 84111-3408
7142779       +E-mail/Text: bankruptcy@expressrecovery.com                           Express Recovery Services,
               PO Box 26415,    Salt Lake City, UT 84126-0415
7142780       +E-mail/Text: bankruptcy@expressrecovery.com                           Express Recovery Svcs,
               2790 S Decker Lake Dr,    Salt Lake City, UT 84119-2057
7142781       +EDI: AMINFOFP.COM Sep 29 2010 22:18:00      First Premier Bank,    601 S Minnesota Ave,
               Sioux Falls, SD 57104-4868
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7142782      ##+Focus Receivables Mang.,    8306 Laurel Fair Circle Ste 200,    Tampa, FL 33610-7344
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 01, 2010**                    **Signature:**    _Joseph Speetjens_